

# U.S. Department of Justice

**United States Attorney**
**District of Minnesota**

| | |
|---|---|
| *600 U.S. Courthouse* | *(612)664-5600* |
| *300 South Fourth Street* | *Fax (612)664-5787* |
| *Minneapolis, MN 55415* | |

September 10, 2021

**VIA ECF**

U.S. District Judge Michael J. Davis
U.S. Magistrate Judge David T. Schultz
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    Re:   *U.S. v. Assorted Various Currencies Seized on December 15, 2020, et al.*
            Claimant:  Anton Lazzaro
            Case No.: 21-mc-49 (MJD/DTS)

Dear District Judge Davis and Magistrate Judge Schultz:

    The plaintiff notifies the Court that the plaintiff is dismissing the above action without prejudice and without costs to either party, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure. Some of the assets listed in the parties' stipulations have now been listed in a criminal indictment (21-cr-173 (WMW/DTS)).  The remaining assets are being returned.

    No trial or hearing is currently pending or scheduled in this miscellaneous case. Claimant's counsel agrees the miscellaneous case should be dismissed at this time.

                                             Sincerely,

                                             W. ANDERS FOLK
                                           United States Attorney

                                           *s/ Quinn Hochhalter*
                                           BY: QUINN HOCHHALTER
                                           Assistant U.S. Attorney